# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CASEMENT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOLIANT HEALTH INC, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-01262 DAD JLT<br><br>ORDER CLOSING THE ACTION AS TO RIGHTSOURCING, INC. |

The plaintiff has filed a notice of dismissal as to Rightsourcing, Inc. (Doc. 18) Though Rightsourcing joined in the notice of removal to this Court, it has not filed an answer or a motion for summary judgment. (Doc. 10) Thus, according to Fed. R. Civ.P. 41(a)(ii), the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action as to Rightsourcing, Inc.

IT IS SO ORDERED.

　Dated:　**November 12, 2019**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE