# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CASEMENT, on behalf of himself and others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SOLIANT HEALTH, INC.; RIGHTSOURCING, INC., and DOES 1-20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 1:19-cv-01262-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT**<br>**(Doc. 21)** |

Based upon the parties' stipulation, the Court **ORDERS**:

1. The stipulation (Doc. 21) allowing plaintiff to file his first amended complaint is GRANTED. The plaintiff SHALL do so within three court days.

IT IS SO ORDERED.

　Dated:　**December 10, 2019**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE